**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00390-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RONALD ZURMILLER,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court *sua sponte*. This matter is set for a revocation of supervised release on February 8, 2011, at 3:30 p.m. Time has become available to hold the this hearing at an earlier time.

**THEREFORE, IT IS ORDERED** as follows:

1. That the revocation of supervised release hearing set for 3:30 p.m. on February 8, 2011, is **VACATED** and is **RESET** to **10:00 a.m.** on this date; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: February 4, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.